Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Bank of New York Mellon as Trustee CWMBS
2005-HYB10

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 12-44330- CN |
| YORDANOS GHEBREMICHAEL KIFLE, | Chapter 13 |
| Debtor. | R.S. No. ALG-233 |
| | **PROOF OF SERVICE** |

I, Wendy Rodriguez, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On February 24, 2016, I caused the following documents:

- **Restored Relief from Stay Cover Sheet;**
- **Notice of Motion for Restored Relief from Automatic Stay; and**
- **Declaration Support of Motion for Restore Relief from Automatic Stay;**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

- 1 -        CASE NO. 12-44330- CN
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | **DEBTOR** |
| 2 | Yordanos Ghebremichael Kifle |
| | 2212 E 24Th St |
| 3 | Oakland, CA 94606 |
| 4 | (Via U.S. Mail) |
| 5 | **DEBTOR'S ATTORNEY** |
| | Patrick L. Forte |
| 6 | Law Offices of Patrick L. Forte |
| | 1 Kaiser Plaza #480 |
| 7 | Oakland, CA 94612-3610 |
| 8 | (Via U.S Mail) |
| 9 | **TRUSTEE** |
| | Martha G. Bronitsky |
| 10 | P.O. Box 9077 |
| | Pleasanton, CA 94566 |
| 11 | 13trustee@oak13.com |
| 12 | (Via NEF) |
| 13 | **U.S. TRUSTEE** |
| | U.S. Trustee |
| 14 | Department of Justice |
| | USTPRegion17.OA.ECF@usdoj.gov |
| 15 | (Via NEF) |
| 16 | |
| | **OTHER INTERESTED PARTIES** |
| 17 | Citibank |
| | P.O. Box 894904 |
| 18 | Los Angeles, CA 90189-4904 |
| 19 | (Via U.S Mail) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2016          /s/ Wendy Rodriguez
                                  WENDY RODRIGUEZ