Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Bank of New York Mellon as Trustee CWMBS
2005-HYB10

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>YORDANOS GHEBREMICHAEL KIFLE,<br><br>Debtor(s). | Case No. 12-44330- CN<br><br>Chapter 13<br><br>R.S. No. ALG - 233<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date:    March 18, 2016<br>Time:    10:00 am<br>Place:    1300 Clay Street<br>Oakland, CA 94612 |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on March 18, 2016, at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 215 of the above entitled Court, located at 1300 Clay Street, Oakland, CA 94612, there will be a preliminary hearing on Bank of New York Mellon as Trustee CWMBS 2005-HYB10's Motion for Relief from Automatic Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable Charles Novack.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: *February 24, 2016*

/s/ Arnold L. Graff
_____
ARNOLD L. GRAFF
Attorneys for Movant Bank of New York Mellon as Trustee CWMBS 2005-HYB10

- 2 -     CASE NO. 12-44330- CN
**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**